608

413 A.2d 1124

Commonwealth v. Seiler, Appellant.

Submitted September 15, 1978. Michael J. Irey, for appellant; Richard C. Brittain, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

413 A.2d 1124

Commonwealth v. Smallwood, Appellant.

 Submitted June 19, 1978. George B. Ditter, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J. did not participate in the consideration or decision of this case.